IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN WAYNE SCHOFIELD, #314844, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 2:21-CV-173-RAH-SRW<br>) [WO] |
| GWENDOLYN GIVENS, *et al.*, | )<br>) |
| Respondents. | ) |

**ORDER**

On April 12, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 16.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation (Doc. 16) is ADOPTED.

(2) This action is DISMISSED WITHOUT PREJUDICE because Petitioner has not exhausted his state court remedies.

A separate final judgment will be entered.

DONE, on this the 12th day of May, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE